UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JUDE JACQUES,

               Plaintiff,            MEMORANDUM & ORDER
                                                        09-CV-4459(JS)(ETB)
      -against-

RODNEY JOHNSON, ET AL.,

               Defendants.
----------------------------------------X
APPEARANCES:
For Plaintiff:      Jude Jacques, Pro Se
                    07007365
                    Nassau County Correctional Facility
                    100 Carman Avenue
                    East Meadow, New York 11554

For Defendants: No appearances

SEYBERT, District Judge:

        By Memorandum and Order dated December 27, 2009, the Court dismissed the pro se Complaint of Jude Jacques ("Plaintiff") and granted Plaintiff until January 29, 2010 to file an Amended Complaint. The Court warned Plaintiff that the failure to submit an Amended Complaint by January 29, 2010 will result in the dismissal of the Complaint with prejudice, and the case will be closed.

        To date, Plaintiff has not filed an Amended Complaint or otherwise communicated with the Court. Given Plaintiff's failure to timely file an Amended Complaint, the Complaint is dismissed with prejudice. The Clerk of the Court is directed to close this case.

                                                SO ORDERED.

                                                /s/ JOANNA SEYBERT
                                                Joanna Seybert, U.S.D.J.

Dated:    March  9  , 2010

Central Islip, New York